UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BERKSHIRE BANK. <br>     *Plaintiff*, <br><br>     v. <br><br> GROW MATERIALS LLC, <br> AMAN MEHTA and <br> NARESH MEHTA. <br>     *Defendants*, <br><br> and <br><br> BANK OF AMERICA, <br>     *Trustee*. | C.A. No. 1:25-cv-12992 |

## DEFENDANT GROW MATERIALS LLC'S NOTICE OF INTENT TO FILE OPPOSITION TO MOTION FOR TRUSTEE PROCESS ATTACHMENT

The Defendant, Grow Materials LLC, hereby gives notice of its intent to file an Opposition to Plaintiff's Motion for Trustee Process Attachment which was filed today, October 23, 2025, along with Plaintiff's Request for Expedited Determination. Defendant is unfamiliar with such a Request under the Federal Rules of Civil Procedure or this Court's Local Rules and does not believe any expedited consideration of Plaintiff's Motion is needed or warranted. Defendant believes it should be afforded the normal 14 days in which to file a response to Plaintiff's Motion. However, to the extent this Court is inclined to shorten the time period in which Defendant is allowed to respond to the Motion, Defendant requests that it be allowed at least until October 31, 2025 to file its Opposition.

Respectfully submitted,

DEFENDANT
GROW MATERIALS LLC

By their attorneys,


/s/ Patrick T. Voke
Patrick T. Voke, BBO No. 553033
pvoke@mcglinchey.com
Marisa K. Roman, BBO# 694617
mroman@mcglinchey.com
MCGLINCHEY STAFFORD, PLLC
One Beacon Street, Suite 16100
Boston, MA 02108
(857) 453-7152 – Phone
(617) 830-8385 – Fax

Date: October 23, 2025

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October 2025, a copy of this notice was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.

*/s/ Patrick T. Voke*
Patrick T. Voke