UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERKSHIRE  BANK,<br>    Plaintiff,<br><br>v.<br><br>GROW MATERIALS LLC,<br>AMAN MEHTA and<br>NARESH MEHTA,<br>    Defendants,<br><br>and<br><br>BANK OF AMERICA,<br>    Trustee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Docket No.: 1:25-cv-12992-MJJ |

**ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND**

The Defendants, with the assent of Plaintiff, hereby move for an extension of time to

Wednesday, November 12, 2025, to respond to Plaintiff's Complaint and to respond to Plaintiff's

pending Motion for Trustee Process Attachment. The allowance of this motion will not prejudice

any party to this matter and will not unduly delay these proceedings

Respectfully submitted,

DEFENDANTS GROW MATERIALS
LLC, AMAN MEHTA, and NARESH
MEHTA.

By their attorney,

/s/ Patrick T. Voke
Patrick T. Voke, BBO No. 553033
pvoke@mcglinchey.com
Marisa K. Roman, BBO# 694617
mroman@mcglinchey.com
MCGLINCHEY STAFFORD, PLLC
One Beacon Street, Suite 16100
Boston, MA 02108
(857) 453-7152 – Phone

(617) 830-8385 – Fax

Assented to:

BERKSHIRE BANK,
By its attorneys,


*/s/ Brian J. Hughes*

_____
Brian J. Hughes, B.B.O.# 654204
Hackett Feinberg, P.C.
155 Federal St., 9th Fl.
Boston, MA 02110
(617) 422-0200
bjh@bostonbusinesslaw.com


Date: November 4, 2025


CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2025, a copy of this notice was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.

/s/ Patrick T. Voke
Patrick T. Voke