UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERKSHIRE BANK, )<br> Plaintiff, )<br> )<br>v. )<br> )<br>GROW MATERIALS LLC, )<br>AMAN MEHTA and )<br>NARESH MEHTA, )<br> Defendants, )<br> )<br>and )<br> )<br>BANK OF AMERICA, )<br> Trustee. )<br> ) | Docket No.: 1:25-cv-12992-MJJ |

## NOTICE OF VOLUNTARY DISMISSAL

Now comes the plaintiff in the above-entitled action and hereby voluntarily dismisses this

civil action without prejudice pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,
BERKSHIRE BANK,
By its attorneys,

*/s/ Brian J. Hughes*

_____
Brian J. Hughes, B.B.O.# 654204
Hackett Feinberg, P.C.
155 Federal St., 9th Fl.
Boston, MA 02110
(617) 422-0200
bjh@bostonbusinesslaw.com

Dated: November 12, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all parties of record via the ECM/CF system on November 12, 2025.


*/s/ Brian J. Hughes*
Brian J. Hughes